Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Katie A. Bindrup (12181)
Matthew L. Johnson & Associates, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 471-0065
Facsimile: (702) 471-0075
rgubler@mjohnsonlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>    Plaintiff,<br>v.<br>JERRY T. HENRY,<br>    Defendant. | No. 2:11-cv-01925-KJD-VCF<br><br>ORDER GRANTING ATTORNEYS' FEES AND COSTS |

BEFORE THE COURT is Plaintiff's Motion for Award of Attorneys' Fees and Costs ("the Motion"). The Court has considered the Motion and the evidenced presented in support thereof, and is of the opinion that the Motion should be GRANTED. IT IS, THEREFORE,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA Education Loan Corporation shall be, and hereby is, awarded attorneys' fees against Defendant, JERRY T. HENRY, in the amount of $2,482.00, plus court costs in the amount of $461.44, for which, let execution issue.

SIGNED this ___16th___ day of ___July___, 2012.

_____
UNITED STATES DISTRICT JUDGE

*Order Granting Attorneys' Fees and Costs*
*Solo Page*