AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

HICA Education Loan Corporation

                Plaintiff,

V.

Jerry T. Henry

                Defendant.

**JUDGMENT IN A CIVIL CASE**

ATTORNEY'S FEES

Case Number: 2:11-CV-1925 KJD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the motion for attorneys fees is GRANTED. Plaintiff, HICA Education Loan Corporation is awarded attorneys' fees against Defendant Jerry T. Henry in the amount of $2,482.00 plus court costs in the amount of $461.44.

July 16, 2012                          /s/ Lance S. Wilson

Date                                                 Clerk

                                                    /s/ Eileen Sterba

                                                    (By) Deputy Clerk