# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRY T. HENRY,<br><br>    Defendant. | 2:11-cv-01925-KJD-VCF<br><br>**ORDER** |

  Before the court is the Motion for Substitution of Party. (#19). The government's motion for substitution of party is denied without prejudice pursuant to Local Rule 7-2(d).

  Accordingly,

  IT IS HEREBY ORDERED that the Motion for Substitution of Party (#19) is DENIED without prejudice.

  Dated this 4th day of September, 2014.

                    _____
                    CAM FERENBACH
                    UNITED STATES MAGISTRATE JUDGE