DANIEL G. BOGDEN
United States Attorney
District of Nevada

BRIAN PUGH
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

Email: *brian.d.pugh@usdoj.gov*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HICA Educational Loan Corp., | )<br>) |
| Plaintiff, | ) Case No. 2:11-CV-01925-KJD-VCF<br>) |
| v. | )<br>) |
| JERRY T. HENRY, | )<br>) |
| Defendants. | ) |

## AMENDED MOTION FOR SUBSTITUTION OF PARTY

The United States of America, by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Brian Pugh, Assistant United States Attorney, pursuant to Fed. R. Civ. P. 25(c), request that the United States be substituted as party plaintiff in this action for the purpose of enforcing collection of the default judgment entered in this action, Docket 12.  Plaintiff, HICA Education Loan Corporation ("HICA") assigned its interest in the default judgment to the United States on May 3, 2012. See Assignment attached hereto as Exhibit 1.

## POINTS AND AUTHORITIES

HICA assigned its interest to recover on the judgment against defendant to the United States. Fed. R. Civ. P. 25(c) permits a substitution of parties "[i]f an interest is transferred." Fed. R. Civ. P. 25(c).

## CONCLUSION

Wherefore, the United States respectfully requests that it be substituted as party plaintiff herein.

DATED this 4th day of September, 2014.

                                      DANIEL G. BOGDEN
                                      United States Attorney

                                      */s/ Brian Pugh*
                                      BRIAN PUGH
                                      Assistant United States Attorney

# EXHIBIT 1

# EXHIBIT 1

**SallieMae**
www.SallieMae.com

PO BOX 6228
INDIANAPOLIS IN 46206                                          (800) 251-4127

---

Account Number: 9999999336-1

LLOYD D GEOR G E US CRTHSE,USDC
OF NV-LAS VEGAS, 333
LAS VEGAS BLVD SOUTH
LAS VEGAS              NV   89101


Dear LLOYD D GEOR G E US CRTHSE,USDC:                    06/05/12

I, Kathleen M. Peters, representing
HICA EDUCATION LOAN CORPORATION, in consideration of the
funds paid by the United States of America, hereby assign to the
assignee, the judgement recovered on 05/02/12 docketed
in US District Crt, Dist. of Nevada, Case No. 11-cv-01925-KJD-VCF,
against JERRY T HENRY.

Assignor authorizes the United States of America to ask, demand,
receive and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The assigenor's address is: HICA EDUCATION LOAN CORPORATION,
3900 W TECHNOLOGY CIRCLE, SIOUX FALLS, SD,
57106.

Phone:  (605) 361-5051.

The Assignee's contact information is:
U. S. Department of Health and Human Services,
Debt Management Branch,
5600 Fishers Lane, Room 8B-45, Rockville, MD 20857
Phone: 301-443-1782.

I have executed this assignment at HICA EDUCATION LOAN CORPORATION,
on 06/05/12.

                                    Kathleen M. Peters
                                    _____
                                    (typed name of the signee)

---

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

Para comunicarse en Espanol con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

999999933655893697

L115   E19071       4880

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HICA Educational Loan Corp., | ) |
|     Plaintiff, | ) Case No.2:11-CV-01925-KJD-VCF |
| v. | ) |
| JERRY T. HENRY, | ) |
|     Defendants. | ) |

**ORDER FOR SUBSTITUTION OF PARTY**

Upon Motion of the United States of America, IT IS HEREBY ORDERED that the United States of America is substituted as plaintiff in the above- referenced matter.

IT IS FURTHER ORDERED that all further pleadings shall be captioned to read, UNITED STATES OF AMERICA, Plaintiff, v. JERRY T. HENRY, Defendant.

DATED this 12th day of September, 2014.

_____
CAM FERENCBACH
UNITED STATES MAGISTRATE JUDGE