SIGAL CHATTAH
Acting United States Attorney
Nevada Bar No. 8264

CYBILL DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CV-01925 |
| Judgment Creditor, | **ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| JERRY HENRY, | |
| Judgment Debtor, | |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Exection which was sought in connection with a civil judgment dated May 2, 2012 (ECF No. 27) for the United States against JERRY HENRY in case number 2:11-CV-01925. The debt imposed in the civil case, 2:11-CV-01925 has been paid in full.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Execution is hereby dissolved.

Dated: 8/11/2025

UNITED STATES DISTRICT JUDGE